UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR14-5182 BHS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | DOCUMENT |
| GUY GEORGE JAMES JR., ) | |
| ) | |
| Defendant. ) | |

THIS MATTER has come before the undersigned on the motion of the defendant, Guy George James Jr., through his attorney, Assistant Federal Public Defender Colin Fieman, to file the Defendant's Sentencing Memorandum and corresponding Exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and corresponding Exhibits be filed under seal.

DATED this 20th day of November, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Colin Fieman*
Federal Public Defender
Attorney for Guy George James, Jr.

ORDER TO SEAL DOCUMENT
(*United States v. James*; CR14-5182 BHS.) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710